1  MATTHEW M. YELOVICH (CABN 351330)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MATTHEW M. YELOVICH (CABN 351330)
   Acting Chief, Criminal Division
4
   KRISTINA GREEN (NYBN 5226204)
5  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-6912
8      FAX: (415) 436-7027
       Kristina.Green@usdoj.gov
9      Katherine.lloyd-lovett@usdoj.gov

10 Attorneys for United States of America

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,            )  CASE NO.  3:24-cr-00329 CRB
                                        )
15         Plaintiff,                   )  MOTION TO SEAL DOCUMENTS
                                        )
16    v.                                )
                                        )
17 RUTHIA HE, A/K/A RUJIA HE, and DAVID )  **UNDER SEAL**
   BRODY,                               )
18                                      )
           Defendants.                  )
19                                      )
   _____ )
20

21        The United States hereby moves the Court for an Order sealing this Motion, the concurrently-

22 filed Indictment, the Arrest Warrants, the Sealing Order, and all other related documents in the above-

23 captioned case until further Order of the Court.  The United States further moves the Court to Order that

24 each of the aforementioned documents remain sealed until execution of the arrest warrants.

25        The reason for this request is that disclosure of the existence of the Indictment or Arrest

26 Warrants could compromise the safety of law enforcement agents in the execution of the Arrest

27 Warrants.  In addition, the requested sealing is reasonably necessary to protect against the potential

28 destruction of evidence and to prevent the possible flight of the defendants.

**FILED**

Jun 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1      The United States also requests that, notwithstanding any sealing order, the Clerk of Court be

2 required to give copies of the sealed documents to employees of the United States Attorney's Office

3 and/or Special Agents of the Drug Enforcement Administration and Homeland Security Investigations.

4 In addition, the United States requests that the United States Attorney's Office be permitted to serve

5 working copies on federally-deputized state and local law enforcement officers, and other government

6 and contract personnel acting under the supervision of such investigative or law enforcement officers, to

7 effectuate the Court's Orders.

8

9 DATED:  June 12, 2024                       Respectfully submitted,

10                                    MATTHEW M. YELOVICH
                                   Attorney for the United States

11                                    Acting under Authority Conferred
                                   by 28 U.S.C. § 515

12

13                                                 _/s/_____

14                                    KRISTINA GREEN
                                   KATHERINE M. LLOYD-LOVETT

15                                    Assistant United States Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28