MATTHEW M. YELOVICH (CABN 351330)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (CABN 351330)
Acting Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-00329 CRB |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| RUTHIA HE and DAVID BRODY, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Katherine Lloyd-Lovett appears in this matter in addition to AUSA Kristina Green. Future ECF notices should be sent to Assistant United States Attorney Lloyd-Lovett with the following contact information: Katherine Lloyd-Lovett, Assistant United States Attorney, 1301 Clay Street, Suite 340S, Oakland, California 94612; Telephone: (510) 637-3680; FAX: (510) 637-3724; email: katherine.lloyd-lovett@usdoj.gov.

//

//

1 | AUSA Kristina Green remains as counsel for the government in this case.

2

3 | DATED: June 20, 2024

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for the United States
Acting under Authority Conferred
By 28 U.S.C. § 515

_____/s/_____
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney