1  WILLKIE FARR & GALLAGHER LLP
   Koren Bell (SBN 268614)
2    kbell@willkie.com
3  2029 Century Park East
   Los Angeles, CA 90067
4  T: 310-855-3016
   F: 310-855-3099
5
   Michael S. Schachter (*Pro Hac Vice*)
6  Steven J. Ballew (*Pro Hac Vice Pending*)
7    mschachter@willkie.com
     sballew@willkie.com
8  787 Seventh Avenue
   New York, NY 10019-6099
9  T: 212-728-8102
   F: 212-728-9102
10

11
   Attorneys for Defendant
12 RUTHIA HE

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16 | UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00329-CRB |

17           Plaintiff,

18       v.                          **AMENDED [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF *BRADY*, *GIGLIO*, AND RULE 16 MATERIALS**

19
20 RUTHIA HE, A/K/A RUJIA HE, and
   DAVID BRODY,
21
           Defendants.

**[PROPOSED] ORDER**

Before the Court is Defendant Ruthia He's Motion to Compel (the "Motion"). The Court, having considered Defendant's Motion, all papers filed in support thereof and in opposition thereto, and the argument of counsel, concludes that Defendant's Motion should be granted pursuant to Federal Rule of Criminal Procedure 16, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1982), and their progeny.

Accordingly, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part. The Government shall **PROVIDE** the following:

1. Disclose the total amount it has paid its summary witness, Mr. Michael J. Petron, over the last five years; and

2. Disclose the hourly rates its expert, Dr. Goodman, charges patients in his private practice, to contrast the amounts the Government is paying him here.

**IT IS SO ORDERED**.

Dated: September 23, 2025

_____
Hon. Charles R. Breyer
United States District Judge