# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:24-cr-00329-CRB-1, 2
Case Name: USA v. Ruthia He and David Brody

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Charles R. Breyer | PLAINTIFF ATTORNEY: Kristina Green, Jacob Foster, Emily Gurskis, Arun Bodapati | DEFENSE ATTORNEY: Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay |
|---|---|---|
| TRIAL DATE: October 1, 2025 | REPORTER(S): Ruth Levine Ekhaus | CLERK: Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:15 a.m. |  |  | Judge cried-in. All parties present. Jurors not present. Court discussed trial schedule. |  |
|  |  | 9:20 a.m. |  |  | All jurors present. Defense (He) cross-examination of witness **Richard Menesini** |  |
|  | 6049 |  | X |  | Defense (He) exhibit 6049 previously admitted |  |
|  | 9008 |  | X |  | Defense (He) exhibit 9008 previously marked |  |
|  | 6127 |  | X | X | Defense (He) exhibit 6127 – marked and admitted |  |
|  | 6347 |  | X | X | Defense (He) exhibit 6347 – marked and admitted |  |
|  | 5203 |  | X | X | Defense (He) exhibit 5203 Photograph of Jayaram Brindala |  |
|  | 6053 |  | X | X | Defense (He) exhibit 6053 – marked and admitted |  |
|  | 6349 |  | X | X | Defense (He) exhibit 6349 – marked and admitted |  |
|  | 6350 |  | X | X | Defense (He) exhibit 6350 – marked and admitted |  |
|  | 6351 |  | X | X | Defense (He) exhibit 6351 – marked and admitted |  |
| 490 |  |  | X |  | Government exhibit 490 – marked |  |
|  | 5189 |  | X |  | Defense (He) exhibit 5189 – marked |  |
|  | 5000 |  | X | X | Defense (He) exhibit 5000 DEA Flow Chart: How to Prescribe Controlled Substances to Patients During the COVID-19 Public Health Emergency |  |
| 118 |  |  | X | X | Government exhibit 118 Email from David Brody BCC Ruthia He et al. re PLEASE READ: Important Information about our Medical Guidelines |  |
|  | 6091 |  | X | X | Defense (He) exhibit 6091 – marked and admitted |  |
|  | 6348 |  | X | X | Defense (He) exhibit 6348 – marked and admitted |  |
| 302 |  |  | X |  | Government exhibit 302 previously admitted |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6050 | | X | | Defense (He) exhibit 6050 previously admitted | |
| | 6077 | | X | X | Defense (He) exhibit 6077 – marked and admitted | |
| | 6090 | | X | X | Defense (He) exhibit 6090 – marked and admitted | |
| | 6088 | | X | X | Defense (He) exhibit 6088 – marked and admitted | |
| | 6087 | | X | X | Defense (He) exhibit 6087 – marked and admitted | |
| | 9008 | | X | | Defense (He) exhibit 9008 previously marked | |
| | 6109 | | X | X | Defense (He) exhibit 6109 – marked and admitted | |
| | 5476 | | X | | Defense (He) exhibit 5476 marked | |
| | | 10:34 a.m. | | | Jurors on break<br>Discussion re witness Richard Menesini testimony | |
| | | 10:39 p.m. | | | Court in recess | |
| | | 10:50 a.m. | | | Court reconvened. All parties present. All jurors present<br>Defense cross-examination of witness Richard Menesini | |
| | 6239 | | X | X | Defense (He) exhibit 6239 – marked and admitted | |
| | 9008 | | X | | Defense (He) exhibit 9008 previously marked | |
| 343 | | | X | | Government exhibit 343 previously admitted | |
| | 6355 | | X | X | Defense (He) exhibit 6355 – marked and admitted | |
| | 6356 | | X | X | Defense (He) exhibit 6356 – marked and admitted | |
| | 6354 | | X | X | Defense (He) exhibit 6354 – marked and admitted | |
| | 6115 | | X | X | Defense (He) exhibit 6115 – marked and admitted | |
| 230 | | | X | | Government exhibit 230 previously admitted | |
| | | 11:27 p.m. | | | Defense (Brody) cross-examination of witness Richard Menesini | |
| 888 | | | X | | Government exhibit 888 previously admitted | |
| 910 | | | X | | Government exhibit 910 previously admitted | |
| 230 | | | X | | Government exhibit 230 previously admitted | |
| | 6053 | | X | | Defense exhibit 6053 previously admitted | |
| | | 11:54 p.m. | | | Court provided the jurors with the court schedule through November and instructs the jurors.<br>Jurors excused until October 6, 2025 at 9:15 a.m. | |
| | | 12:02 p.m. | | | Court in recess | |
| | | 2:28 p.m. | | | Court reconvened. All parties present. Jurors not present. Discussion re reference to legal advice. The Court gives a cautionary instruction to the parties. Discussion re Government exhibit 490.<br>Discussion re Defense (He) exhibit 5186. The parties will file briefing.<br>Government concerned that defense exhibits were not produced in advance of trial.<br>Jury Note Number 1 | |
| | | 3:01 p.m. | | | Court adjourned until October 6, 2025 at 9:00 a.m. | |