CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

RAVI T. NARAYAN (CABN 331858)
Acting Chief, Criminal Division

LORINDA I. LARYEA (DCBN 99769)
Acting Chief, Fraud Section

JACOB FOSTER (CABN 250785)
Acting Deputy Chief
EMILY GURSKIS (VABN 85973)
Assistant Chief
ARUN BODAPATI (NYBN 5581137)
Fraud Section, Criminal Division

    1400 New York Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 514-2000
    FAX: (202) 514-3708
    Jacob.Foster@usdoj.gov
    Emily.Gurskis@usdoj.gov

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6912
FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> RUTHIA HE, A/K/A/ RUJIA HE, and DAVID BRODY, <br>     Defendants. | CASE NO. 24-CR-329 CRB <br><br> GOVERNMENT'S MOTION TO ADMIT STATEMENTS OF DEFENDANTS UNDER RULE 801(D)(2) |

1   The government respectfully moves to admit the exhibits set forth in the table below, all of
2 which are admissible as statements of the defendants pursuant to Federal Rule of Evidence 801(d)(2).
3 The left column sets forth the relevant exhibit numbers, as reflected in the exhibit list submitted to the
4 Court on September 29, 2025, and the right column sets forth the corresponding category of
5 communications. The first three rows feature exhibits in which one or both defendants make statements
6 in their individual capacities, such that the statements are admissible pursuant to Rule 801(d)(2)(A).
7 The following four rows feature exhibits in which agents or coconspirators at Done make statements on
8 matters within the scope of the agency relationship and/or in furtherance of the charged conspiracies,
9 including in conversations with one or both defendants, such that the statements are admissible as
10 statements of the defendants themselves pursuant to Rules 801(d)(2)(D) and/or Rule 801(d)(2)(E).
11 While the defendants have not disputed the authenticity of the exhibits under Rule 901(a), the
12 government now files this motion because the defendants have not stipulated to admissibility despite
13 multiple efforts by the government since the first week of trial:

| Exhibit Nos. | Description |
|---|---|
| 65, 76, 92, 101, 105, 107, 108, 111, 114, 115, 117, 127–133, 136, 138, 139, 140, 142, 145, 146, 150, 154, 166, 167, 170, 175, 178, 180, 184, 202, 210–212, 227, 229, 241, 243, 244, 245, 253, 265, 268, 271, 285, 287, 290, 292, 308, 310, 328, 333, 340, 346, 347, 352, 361, 371, 375, 376, 381, 386–388, 390, 398, 401, 405, 406, 408, 417, 449, 453, 463, 464, 479, 481, 485, 491, 499, 500, 503, 509, 552, 561, 568, 571, 585, 588, 595, 599, 620, 736, 807, 809, 810, 812, 939 | Statements of Defendants He and Brody |
| 2, 4, 5, 6, 8, 9, 10, 13, 14, 15, 17–23, 27–30, 32, 34, 35, 37, 41, 42, 43, 46, 48, 51, 53, 55, 57, 59, 62, 63, 64, 67, 70, 75, 81, 84, 87, 90, 110, 116, 162, 164, 172, 182, 187, 201, 203, 206, 207, 208, 220, 231, 233, 246, 261, 262, 273, 274, 278, 279, 288, 294, 295, 300, 301, 309, 311, 314, 315, 319, 322, 324, 327, 351, 360, 380, 395, 409, 422, 425, 445, 458, 460, 465, 466, 482, 483, 484, 489, 496, 497, 501, 507, 514, 515, 521, 542, 545, 555, 566, 569, 575, 577, 581, 589, 590, 615, 617, 625, 629, 630, 654, 682, 700, 710, 718, 727, 729, 731, 739, 748, 749, 751, 755, 757, 759, 762, 765, 768, 769, 786, 791, 794, 795, 796, 797, 798, 799, 803, 814, 817, 842, 849, 852, 854, 858, 864, 862, 868, 871, 872, 879, 889, 897, 898, 901, 914, 916, 918, 919, 920, 927, 929, 930, 931, 937, 938, 941, 948, 957, 959, 961 | Statements of Defendant He |
| 1, 120, 137, 191, 337, 363, 396, 397, 412, 418, 419, 421, 424, 426, 440, 446, 447, 456, 467, 473, 504, 535, 563, 565, 572, 573, 574, 616, 638, 642, 644, 653, 655, 656, 667, 670, 674, 689, 690, 691, 728, 735, 743, 754, 801, 813, 828, 831, 835, 845, 846, 848, 850, 867, 869, 892, 904, 934, 936 | Statements of Defendant Brody |

28

| | |
|---|---|
| 96, 152, 232, 234, 237, 240, 323, 415, 431, 442, 443, 513, 520, 522, 538, 600, 633, 657, 660, 668, 671, 673, 678, 684, 686, 714, 758, 816, 823, 830, 903 | Communications with Defendants He and Brody |
| 11, 25, 33, 54, 58, 66, 68, 69, 85, 149, 168, 171, 177, 181, 185, 190, 194, 213, 222, 242, 247, 269, 270, 275, 298, 344, 357, 365, 370, 392, 399, 400, 404, 429, 430, 434, 436, 437, 462, 511, 512, 559, 560, 562, 564, 624, 683, 685, 688, 704, 712, 715, 717, 733, 764, 775, 780, 782, 784, 793, 815, 821, 822, 824, 827, 829, 832, 838, 843, 856, 860, 861, 878, 883, 899, 906, 907, 911, 921, 928, 949, 962 | Communications with Defendant He |
| 124, 158, 289, 303, 379, 385, 457, 469, 474, 488, 523, 527, 528, 529, 692, 705, 706, 708, 716, 785, 834, 841, 853, 925, 932 | Communications with Defendant Brody |
| 44, 79, 97, 134, 165, 176, 179, 183, 192, 193, 197, 199, 200, 204, 225, 226, 238, 252, 258, 263, 264, 266, 277, 284, 299, 305, 307, 312, 313, 316, 317, 326, 329, 330, 331, 336, 339, 368, 383, 394, 402, 403, 407, 410, 416, 423, 427, 428, 452, 475, 476, 477, 478, 480, 492, 493, 505, 510, 516, 518, 524, 525, 530, 531, 533, 534, 536, 540, 547, 550, 558, 567, 570, 576, 579, 586, 592, 594, 595, 597, 608, 610, 612, 613, 614, 618, 622, 626, 627, 628, 632, 634, 636, 639, 649, 650, 652, 658, 663, 664, 666, 672, 676, 679, 680, 687, 697, 711, 713, 720, 734, 747, 752, 777, 779, 781, 818, 819, 833, 836, 837, 839, 840, 844, 851, 855, 859, 876, 877, 881, 882, 891, 893, 909, 926, 942, 945, 953, 954, 1413 | Statements of Agents and/or Coconspirators |

DATED:  October 19, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


LORINDA I. LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice
_____/s/_____
JACOB FOSTER
Principal Assistant Chief
EMILY GURSKIS
Assistant Chief
ARUN BODAPATI
Trial Attorney


_____
KRISTINA GREEN
Assistant United States Attorney