IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

v.

RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,

    Defendants.

Case No. 24-cr-00329-CRB

**VERDICT FORM**

### COUNT ONE: 21 U.S.C. § 846 (Conspiracy to Distribute Controlled Substances)

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE | ___ | ✓ |
| DAVID BRODY | ___ | ✓ |

of the charge of Conspiracy to Distribute Controlled Substances containing a detectable amount of Schedule II controlled substances, including amphetamine-dextroamphetamine and other stimulants, as charged in Count One.

### COUNT TWO: 21 U.S.C. § 841(a) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2 (Distribution of Controlled Substances)

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE | ___ | ✓ |
| DAVID BRODY | ___ | ✓ |

of the charge of Distribution of Controlled Substances, in connection with the distribution of Mixed Amphetamine Salts ER 20 mg. capsule to H.B. on or about October 14, 2020, as charged in Count Two.

**COUNT THREE: 21 U.S.C. § 841(a) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2**

**(Distribution of Controlled Substances)**

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE |  | ✓ |
| DAVID BRODY |  | ✓ |

of the charge of Distribution of Controlled Substances, in connection with the distribution of Dextroamphetamine-Amphetamine ER 10 mg. capsule to T.T. on or about July 27, 2022, as charged in Count Three.

**COUNT FOUR: 21 U.S.C. § 841(a) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2**

**(Distribution of Controlled Substances)**

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE |  | ✓ |
| DAVID BRODY |  | ✓ |

of the charge of Distribution of Controlled Substances, in connection with the distribution of Amphetamine Salt Combo 30 mg. tablet to V.S. on or about June 18, 2021, as charged in Count Four.

**COUNT FIVE: 21 U.S.C. § 841(a) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2**

**(Distribution of Controlled Substances)**

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE |  | ✓ |
| DAVID BRODY |  | ✓ |

of the charge of Distribution of Controlled Substances, in connection with the distribution of

Amphetamine Salt Combo 20 mg. tablet, 2x per day to N.C. on or about October 7, 2022, as charged in Count Five.

### COUNT SIX: 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud)

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE |  | ✓ |
| DAVID BRODY |  | ✓ |

of the charge of Conspiracy to Commit Health Care Fraud, as charged in as charged in Count Six.

### COUNT SEVEN: 18 U.S.C. § 1512(k) (Conspiracy to Obstruct Justice)

We, the jury in the above-captioned case, unanimously find the defendant listed below:

|  | NOT GUILTY | GUILTY |
|---|---|---|
| RUTHIA HE |  | ✓ |

of the charge of Conspiracy to Obstruct Justice, as charged in as charged in Count Seven.

DATED: **November 18**, 2025, at San Francisco, California.

_Susan Hoshing_
FOREPERSON OF THE JURY