1  Roberto Escobar, CABN 217352
2  201 N. Brand Blvd., Suite 200
   Glendale, CA 91203
3  (818)281-0541
   bobby@elaw.business
4  
   Attorney for Defendant, David Brody, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00329-CRB |
| Plaintiff, | MOTION FOR APPROVAL OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT DAVID BRODY |
| v. | |
| RUTHIA HE, a/k/a RUJIA HE, and | |
| DAVID BRODY, | |
| Defendants. | |

TO THE HONORABLE COURT AND TO COUNSEL:

PLEASE TAKE NOTICE that Defendant Dr. David Brody, by and through undersigned counsel, hereby gives notice that on such time and place as the Court may direct, Defendant will move this Court for an order approving the appearance of Roberto Escobar (California State Bar No. 217352) as additional counsel of record for Defendant Dr. David Brody in the above-captioned matter.

This Motion is filed pursuant to Criminal Local Rule 44-2 and Federal Rule of Criminal Procedure 57(b), and is based on the grounds stated below, the Declaration of Roberto Escobar, and such further argument and evidence as the Court may consider.

## I. INTRODUCTION

Defendant Dr. David Brody seeks approval to add Roberto Escobar as additional counsel to assist with post-conviction matters, sentencing advocacy under 18 U.S.C. § 3553(a), and representation at the sentencing hearing scheduled for April 15, 2026, at 10:00 a.m. Mr. Escobar is duly admitted to practice before this Court as of December 30, 2025, and is a member in good standing of the State Bar of California.

The addition of Mr. Escobar as additional counsel will:

- Enhance the depth and quality of sentencing advocacy and preparation
- Ensure thorough analysis of relevant sentencing factors under 18 U.S.C. § 3553(a)
- Facilitate coordinated preparation of sentencing memoranda and submissions
- Promote efficient and effective representation without administrative burden to the Court
- Not delay proceedings or prejudice the Government

Existing counsel will remain as lead counsel of record and will coordinate all filings and compliance with Court deadlines and orders.

## II. FACTUAL BACKGROUND

A. Mr. Escobar's Admission and Qualifications

On December 30, 2025, Roberto Escobar received confirmation from the Clerk's Office of the United States District Court for the Northern District of California that he has been admitted to practice before this Court. Mr. Escobar is duly licensed to practice law in the State of California under Bar No. 217352, is a member in good standing of the State Bar of California and satisfies all requirements to appear before this District.

B. Nature of the Requested Appearance

Mr. Escobar seeks to appear as additional counsel for Defendant Dr. David Brody. Existing counsel will remain as lead counsel of record for Defendant Brody. Mr. Escobar will supplement the defense team's efforts during the critical post-conviction and sentencing phase of this case, assisting with:

1.   Post-conviction motion preparation and legal analysis

2.   Sentencing advocacy and Presentence Investigation Report (PSI) review

3.   Development of sentencing memoranda addressing all relevant § 3553(a) factors

4.   Coordination with existing counsel on all filings

5.   Representation at the sentencing hearing, as appropriate

C. Timeline and Scheduling

Sentencing is scheduled for April 15, 2026, at 10:00 a.m. The addition of Mr. Escobar at this juncture provides necessary time for thorough preparation of sentencing submissions while respecting the Court's calendar. No continuance of the sentencing date is requested or required.

III. LEGAL AUTHORITY

A. District Court Authority to Approve Additional Counsel

District courts possess broad inherent authority and statutory authority to regulate attorney appearances in cases before them. Fed. R. Crim. P. 57(b) provides that courts may regulate practice in any manner consistent with federal law, the Federal Rules of Criminal Procedure, and local rules. This authority extends to approving the appearance of additional counsel where the requesting attorney is qualified and appearance promotes the interests of justice.

Criminal Local Rule 44-2 governs the appearance and withdrawal of counsel in this District and contemplates that courts will approve appearances where appropriate. Similarly, Federal Rule of Criminal Procedure 44(a) recognizes the right to counsel and implicitly authorizes courts to manage the composition of defense teams.

B. Judicial Precedent

Federal courts routinely approve requests for additional counsel when:

1. The additional attorney is duly admitted and in good standing

2. The appearance does not cause undue delay or prejudice

3. The additional counsel will promote the interests of justice and effective representation

4. Existing counsel of record will remain and coordinate all filings

IV. ARGUMENT

A. Mr. Escobar Is Fully Qualified to Appear as Counsel

Mr. Escobar satisfies all prerequisites for appearing as counsel of record:

• Member in good standing of the State Bar of California (Bar No. 217352)

• Admitted to practice before the Northern District of California (effective December 30, 2025)

• Subject to all applicable Federal Rules of Criminal Procedure, Criminal Local Rules, and the Court's standing orders

• Bound by the California Rules of Professional Conduct and the attorney conduct standards of this District

No further admission proceedings or qualifications are required.

B. The Appearance Promotes the Interests of Justice and Efficient Representation

The addition of Mr. Escobar will enhance the quality and depth of Defendant Brody's representation during sentencing, a critical phase where vigorous and thorough advocacy is essential. Multiple defense attorneys working collaboratively on sentencing advocacy is a common and accepted practice that strengthens client representation without creating burden on the Court. Specifically, Mr. Escobar's appearance will:

1.  Ensure comprehensive sentencing advocacy: Mr. Escobar can dedicate focused attention to analyzing the statutory sentencing factors under 18 U.S.C. § 3553(a), including nature and circumstances of the offense, defendant's history and characteristics, sentencing policy purposes, and guidelines range.

2.  Facilitate thorough PSI review and response: Coordinated review of the Presentence Investigation Report with separate attorneys provides multiple perspectives and ensures no issues are overlooked.

3.  Promote efficient preparation: Rather than duplicative work, existing counsel and Mr. Escobar can divide responsibilities, with efficient allocation of effort to sentencing memoranda and supporting documentation.

4.  Strengthen oral advocacy: Multiple attorneys bring different strengths and perspectives to oral argument, allowing the defense team to present the most persuasive sentencing argument.

C. No Prejudice, Delay, or Administrative Burden Will Result

The requested relief presents minimal administrative burden to the Court:

- No substitute or withdrawal: Existing counsel remains counsel of record. There is no need for new docket entries beyond ECF approval.

- No procedural complications: Mr. Escobar is already admitted to this Court and can immediately access CM/ECF and Court filings.

- No scheduling impact: The addition of counsel does not affect the April 15, 2026 sentencing date or require any continuance.

- No Government prejudice: The Government is not prejudiced by allowing the defendant additional representation during sentencing. Indeed, the Government benefits from full and fair

presentation of sentencing arguments, which promotes judicial efficiency and confidence in the sentence imposed.

• Compliance assured: Mr. Escobar will comply fully with all Court orders, Local Rules, and CM/ECF requirements. Existing counsel will remain responsible for overall coordination and deadline compliance.

D. Consistency with District Practice

Addition of counsel in cases before sentencing is routine and consistent with standard practice in this District and the Ninth Circuit. Courts recognize that the sentencing phase deserves the same level of preparedness and advocacy as the trial phase. Multi-attorney defense teams are commonplace and, when well-coordinated, enhance rather than burden the judicial process.

V. CONCLUSION

For the foregoing reasons, Defendant Dr. David Brody respectfully requests that this Court enter an order granting this Motion and approving the appearance of Roberto Escobar (California State Bar No. 217352) as additional counsel of record for Defendant Dr. David Brody in this matter. Defendant further requests that the Court authorize Mr. Escobar to file documents, participate in proceedings, and perform all duties associated with counsel of record in this case, consistent with the coordination of existing counsel.

Dated: January 14, 2026

Respectfully submitted,

Electronically signed by:

/s/ Roberto Escobar

Roberto Escobar
California State Bar No. 217352
Attorney for Defendant Dr. David Brody

Roberto Escobar, CABN 217352
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
(818)281-0541
bobby@elaw.business

Attorney for Defendant, David Brody, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00329-CRB |
| Plaintiff, | DECLARATION OF ROBERTO ESCOBAR IN SUPPORT OF MOTION FOR APPROVAL OF APPEARANCE OF ADDITIONAL COUNSEL |
| v. | |
| RUTHIA HE, a/k/a RUJIA HE, and | |
| DAVID BRODY, | |
| Defendants. | |

I, Roberto Escobar, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a member in good standing of the State Bar of California (California State Bar No. 217352).

2. I am familiar with the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the Northern District of California, and the standing orders of the Honorable Charles R. Breyer.

3. Effective December 30, 2025, I was admitted to practice before the United States District Court for the Northern District of California, as confirmed by the Clerk's Office.

4. I seek to appear as additional counsel for Defendant Dr. David Brody in *United States v. He, et al.*, Case No. 3:24-cr-00329-CRB, pending before this Court.

5. I will assist with post-conviction and sentencing matters, including analysis of sentencing factors under 18 U.S.C. § 3553(a), preparation of sentencing memoranda, and representation at sentencing, working in coordination with existing counsel of record.

6. I have reviewed the sentencing date of April 15, 2026, and am prepared to participate in all sentencing advocacy on or before that date.

7. I will comply fully with all applicable Federal Rules of Criminal Procedure, the Local Rules of this District, the standing orders of the Honorable Charles R. Breyer, and all orders of this Court.

8. I make this declaration in support of Defendant's Motion for Approval of Appearance of Additional Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 14, 2026, at Los Angeles, California.

Electronically signed:

/s/ Roberto Escobar

Roberto Escobar

Roberto Escobar, CABN 217352
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
(818)281-0541
bobby@elaw.business

Attorney for Defendant, David Brody, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, a/k/a RUJIA HE, and<br><br>DAVID BRODY,<br><br>Defendants. | Case No. 3:24-cr-00329-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR APPROVAL OF APPEARANCE OF ADDITIONAL COUNSEL |

The Court, having considered Defendant Dr. David Brody's Motion for Approval of Appearance of Additional Counsel and the supporting Declaration of Roberto Escobar, and good cause appearing, IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED.

2.      Roberto Escobar (California State Bar No. 217352) is approved to appear as additional counsel of record for Defendant Dr. David Brody in this matter, effective immediately.

3.      Mr. Escobar is authorized to file documents, appear at all proceedings, and represent Defendant Brody in all matters related to post-conviction motions, sentencing advocacy, and representation at the sentencing hearing scheduled for April 15, 2026, at 10:00 a.m.

4.      Existing counsel of record shall remain as lead counsel and shall coordinate with Mr. Escobar on all filings and matters. Mr. Escobar shall work in coordination with existing counsel.

5.      Mr. Escobar shall comply with all applicable Federal Rules of Criminal Procedure, Local Rules of the Northern District of California, and orders of this Court, including all CM/ECF requirements.

IT IS SO ORDERED.

Dated: [DATE]   January 15, 2026

Electronically signed:



HON. CHARLES R. BREYER

Senior United States District Judge