UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and<br>DAVID BRODY,<br><br>               Defendants. | CASE NO.:  3:24-CR-00329-CRB<br><br>**[PROPOSED] ORDER GRANTING**<br>**DEFENDANT DAVID BRODY'S MOTION**<br>**FOR ACCESS TO A SEALED FILING** |

1

3:24-CR-00329-CRB

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that Defendant David Brody's motion (ECF No. 582) for access to the Government's sealed opposition to the September 8, 2025, motion to continue trial is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  February 17, 2026

_____

HON. CHARLES R. BREYER
Senior United States District Judge

2

3:24-CR-00329-CRB