**ROBERTO ESCOBAR**
CA Bar No. 217352
201 N. Brand Blvd., Suite 200
Glendale, California 91203
Ph: 818-281-0541
E: bobby@elaw.business

Attorneys for Defendant David Brody

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br><br>Defendants. | CASE NO.:  3:24-CR-00329-CRB<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE FROM HOME DETENTION TO CURFEW WITH CONTINUED ELECTRONIC MONITORING<br><br>**Judge:** Hon. Charles R. Breyer |

The Court, having considered Defendant Dr. David Brody's Motion to Modify Conditions of Release from Home Detention to Curfew with Continued Electronic Monitoring, the supporting declaration and exhibits, and good cause appearing, HEREBY ORDERS as follows:

1. Home Detention/Home Confinement Condition Modified.

The condition of Dr. Brody's release requiring home detention/home confinement is hereby MODIFIED. The home detention/home confinement condition is replaced in its entirety by the curfew condition set forth below.

2. Curfew Condition.

Dr. Brody shall remain at his residence between the hours of 10:00 p.m. and 8:00 a.m. each day. He is permitted to be away from his residence between the hours of 8:00 a.m. and 10:00 p.m. without

prior approval from Pretrial Services, including for scheduled, rescheduled, or short-notice medical appointments between now and sentencing, subject to the terms of all other conditions of release.

3.  Electronic Monitoring Continued.

Electronic monitoring, whether by GPS or radio-frequency monitoring as directed by Pretrial Services, shall remain in place and is not modified by this Order. Dr. Brody shall continue to wear the electronic monitoring device at all times and shall comply with all instructions from Pretrial Services regarding such monitoring.

4.  All Other Conditions Remain in Effect.

All other conditions of Dr. Brody's release as previously ordered by this Court shall remain in full force and effect without modification.

5.  Compliance with Pretrial Services.

Dr. Brody shall continue to report to and maintain contact with the U.S. Pretrial Services Office as required and shall comply with all lawful directions from his supervising Pretrial Services Officer.

IT IS SO ORDERED.

Dated:   ___June 30, 2026___

HON. CHARLES R. BREYER

United States District Judge

Northern District of California



2

3:24-CR-00329-CRB