**ROBERTO ESCOBAR**
CA Bar No. 217352
201 N. Brand Blvd., Suite 200
Glendale, California 91203
Ph: 818-281-0541
E: bobby@elaw.business

Attorney for Defendant David Brody

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br>Defendants. | CASE NO.: 3:24-CR-00329-CRB<br>~~[PROPOSED]~~ ORDER DENYING UNITED STATES' MOTION TO CORRECT JUDGMENT AS TO DEFENDANT DAVID BRODY (ECF NO. 671)<br>**Judge:** Hon. Charles R. Breyer |

ORDER

The Court has considered the United States' Motion to Correct Judgment as to Defendant David Brody (ECF No. 671), Defendant Brody's Opposition, the Declaration of Roberto Escobar and Exhibit A, and the record.

Federal Rule of Criminal Procedure 36 permits correction of clerical errors; it does not authorize a substantive change to a sentence or correction of a judicial sentencing error. See *United States v. Penna,* 319 F.3d 509, 513 (9th Cir. 2003).

The record does not establish a clerical discrepancy between the sentence orally pronounced and the written Judgment. The Court did not orally impose forfeiture against Defendant Brody, enter or incorporate a preliminary or general forfeiture order as to him, or otherwise make forfeiture part of the sentence. Instead, the Court took the disputed forfeiture issue under submission. The Judgment therefore does not omit an existing forfeiture order. Adding a $730,892 forfeiture money judgment would require first-time substantive determinations and would modify, rather than clerically correct, the sentence.

Accordingly, IT IS HEREBY ORDERED that the United States' Motion to Correct Judgment as to Defendant David Brody (ECF No. 671) is DENIED. No $730,892 forfeiture money judgment shall be added to the Judgment under Rule 36.

This Order resolves only the relief requested under Rule 36 and does not decide whether any separate procedure under Rule 32.2 remains available if properly presented.

IT IS SO ORDERED.

DATED: July 24, 2026

HON. CHARLES R. BREYER
United States District Judge